**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Eduardo Martinez, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2009-148626

---

**ON WRIT OF CERTIORARI**

---

Appeal From Charleston County
Kristi Lea Harrington, Circuit Court Judge

---

Memorandum Opinion No. 2013-MO-007
Submitted January 7, 2013 – Filed February 27, 2013

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Kathrine Haggard Hudgins of Columbia for Petitioner.

Ashleigh Rayanna Wilson of Columbia for Respondent.

---

**PER CURIAM:** After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**